UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 09-5051 SI (pr) |
| MARTIN KILLINGSWORTH, | **JUDGMENT** |
| Plaintiff. / | |

This action is dismissed because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 19, 2009

_____
SUSAN ILLSTON
United States District Judge